1140

No. 95–7563. BASEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7566. SIZEMORE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–7653. FLOURNOY v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 95–705. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. SMITH. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–726. CONNECTICUT v. COLTON. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–706. BABCOCK & WILCOX CO. ET AL. v. ARKWRIGHT-BOSTON MANUFACTURING MUTUAL INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–867. UNITED STATES EX REL. LEBLANC v. RAYTHEON CO., INC. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–925. ILLINOIS ANTIBIOTICS CO. ET AL. v. SCHERING CORP. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–714. NATIONWIDE MUTUAL INSURANCE CO. ET AL. v. CISNEROS, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Motions of National Association of Insurance Commissioners, National Association of Independent Insurers, National Association of Mutual Insurance Companies et al., and Washington Legal Foundation et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.